IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | | |
|---|---|---|
| ST. LOUIS HEART CENTER, INC., individually and on behalf of all others similarly situated, | ) ) ) ) ) | |
| Plaintiff, | ) ) | Case No. 4:12-CV-2224-JCH |
| v. | ) ) | |
| FOREST PHARMACEUTICALS, INC., *et al.*, | ) ) ) | |
| Defendants. | | |

## STIPULATION OF DISMISSAL

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, Plaintiff St. Louis Heart Center, Inc. ("Plaintiff") and Forest Pharmaceuticals, Inc. ("Forest") and Peer Group, Inc. ("Peer")  (Forest and Peer referred to collectively as "Defendants," with Plaintiff and Defendants referred to collectively as the "Parties") hereby stipulate and agree to DISMISS each and all of the  individual claims alleged by Plaintiff in this action WITH PREJUDICE.  The putative class claims are DISMISSED WITHOUT PREJUDICE.  Each Party shall bear his, her, and its own costs, fees and expenses, including attorneys' fees. This stipulation of dismissal  disposes of the entire action.

Respectfully submitted,

/s/ Max G. Margulis
Max G. Margulis, Esq.
Margulis Law Group
28 Old Belle Monte Rd.
Chesterfield, MO 63017
*MaxMargulis@MargulisLaw.com*
**Counsel for Plaintiff**

HUSCH BLACKWELL LLP

By: /s/ Glennon P. Fogarty
Glennon P. Fogarty, 42983MO
Matthew D. Knepper, 61731MO
190 Carondelet Plaza, Suite 600
St. Louis, Missouri  63105
*glennon.fogarty@huschblackwell.com*
**Counsel for Defendant Forest**
**Pharmaceuticals, Inc.**

/s/ Brian J. Wanca
Brian J. Wanca, Esq. (admitted pro hac vice)
Anderson + Wanca
3701 Algonquin Rd., Suite 500
Rolling Meadows, IL  60008
Telephone:  (847) 368-1500
Facsimile:  (847) 368-1501
*bwanca@andersonwanca.com*
**Counsel for Plaintiff**

/s/ David M. Oppenheim
David M. Oppenheim
Bock, Hatch, Lewis & Oppenheim, LLC
134 N. La Salle Street, Suite 1000
Chicago, IL 60602
david@classlawyers.com
**Counsel for Plaintiff**

/s/ Patrick T. Clendenen
Patrick T. Clendenen (admitted pro hac vice)
Counsel for Defendant The Peer Group, Inc.
Clendenen & Shea, LLC
400 Orange Street
New Haven, CT 06511
*ptc@clenlaw.com*

Dale M. Weppner, Esq.
Greensfelder, Hemker & Gale, P.C.
10 South Broadway, Suite 2000
St. Louis, Missouri  63102
*dmw@greensfelder.com*
***Counsel for Defendant The Peer Group, Inc.***

## CERTIFICATE OF SERVICE

I hereby certify that, on September 17, 2019, a true and correct copy of the above and foregoing document has been served upon all counsel of record by filing this document on the Court's CM/ECF filing system.

/s/ Max G. Margulis